# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTERS OF MINOR DOE.

MINOR DOE,
                        Appellant,
                        vs.

No. 72671

**FILED**

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing a "request to redact a signature in a document filed February 24, 2017." Second Judicial District Court, Washoe County; David A. Hardy, Judge.

It appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order dismissing a request to redact a signature. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. David A. Hardy, District Judge
        Minor Doe
        Washoe District Court Clerk

17-11942